UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON ROSS HENDERSON, ) | |
| ) | CASE NO. MC05-0060RSM |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| v. ) | |
| ) | |
| G. A. ERWIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

On April 5, 2005, plaintiff filed the instant miscellaneous case. Although it is not entirely clear from plaintiff's brief, it appears that plaintiff challenges an arrest that occurred in Skagit County. (Dkt. #1 at 13-14). It also appears that plaintiff accuses some defendants of stalking and attempting to murder him, and some defendants of improperly seizing his personal property. (Dkt. #1 at 13-14). Finally, it appears that plaintiff also challenges a traffic violation and subsequent arrest. (Dkt. #1 at 14-16).

The Court subsequently ordered plaintiff to Show Cause why his case should not be dismissed for failure to properly file a civil complaint. (Dkt. #22). The Court noted that plaintiff had improperly filed his case as a miscellaneous action, apparently in an attempt to avoid paying the civil filing fee, but that the claims raised by plaintiff can only be addressed through a properly-filed civil complaint.

ORDER OF DISMISSAL
PAGE - 1

1   Although plaintiff has responded to this Court through a letter addressed to the Honorable
2   John C. Coughenour, United States District Judge, he fails to adequately address the issue set forth in
3   the Order to Show Cause. (Dkt. #31). He apparently believes that he is not required to file a civil
4   complaint because he is not a corporation and this "court is a corporate court for corporate entities."
5   (Dkt. #31). Plaintiff also continues to show blatant disrespect for this Court and for the Court's
6   authority over his case by stating that it has no subject matter jurisdiction over his action, and he
7   apparently refuses to recognize the authority of the undersigned District Judge, or of any other Judge
8   in this District. (*See* Dkts. #29 and #31). It also appears that he fails to recognize the documents so
9   far submitted by any of the defendants in this case. (*See* Dkts. #30). Finally, plaintiff states that he has
10  refused to accept any mail from this Court because it has not been addressed as follows:

11  Gordon Ross: Henderson
    P.O. Box 1812
12  Mt. Vernon, near [98273
    Washington republic
13
    Accordingly, this Court hereby finds and ORDERS:
14
    (1) Plaintiff's miscellaneous action is DISMISSED for failure to properly respond to the
15
    Court's Order to Show Cause, and this case is now CLOSED.
16
    (2) All pending motions are hereby STRICKEN AS MOOT. (Dkts. #10, #23, #24 and #30).
17
    (3) This Court will no longer accept any filings under Case No. MC05-0060RSM.
18
    (4) If any further filing is received, the Clerk shall make a notation on the Court's electronic
19
    docket sheet that such filing was received, but was not filed, and was returned to the filer pursuant to
20
    this Order. The Clerk shall forward a copy of this Order with the returned filing.
21
    (5) The Clerk shall forward a copy of this Order to plaintiff at the address listed above in this
22

23

24

25
    ORDER OF DISMISSAL
26  PAGE - 2

1  Order, exactly as it appears, and to all counsel of record.

2  DATED this   13th   day of June, 2005.

4  /s/   Ricardo S. Martinez
RICARDO S. MARTINEZ
5  United States District Judge

ORDER OF DISMISSAL
PAGE - 3